674

## Florence McDermott *v.* Commissioner of Children and Youth Services

The defendant's motion for a review of the order of the trial court terminating the stay of execution in the appeal from the Court of Common Pleas in Hartford County is granted and the relief sought therein is denied.

*John F. Gill,* assistant attorney general, in support of the motion.

Submitted November 21—decided November 26, 1974

## Connecticut Coke Company *v.* City of New Haven

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff files its brief on or before January 20, 1975.

*Norman Fineberg,* for the appellant (plaintiff).

No appearance for the appellee (defendant).